RIVERA, ADMINISTRADOR JUDICIAL, DEMANDANTE Y APELADO, *v.*
    THE NORTH BRITISH AND MERCANTILE INSURANCE COMPANY,
    DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce, en
    procedimiento sobre eliminación de exposición del caso en
    pleito sobre cobro de dinero.

No. 1601.—Resuelto en marzo 15, 1917.

DESESTIMACIÓN DE APELACIÓN—ALEGATO DEL APELANTE.—La falta de presenta-
    ción de alegato por parte del apelante, es motivo suficiente para desesti-
    mar el recurso interpuesto por el mismo.

ID.—APELACIÓN FRÍVOLA—EXPOSICIÓN DEL CASO—PRÓRROGA INDEFINIDA PARA PRE-
    SENTARLA.—Es enteramente frívola una apelación y debe desestimarse en
    que la única cuestión envuelta en la misma ha sido resuelta terminante y
    repetidamente por el Tribunal Supremo en pro del criterio que informa la
    resolución apelada, como lo es una apelación contra orden absteniéndose
    una corte de distrito de aprobar y ordenando la eliminación de los autos
    de un pliego de excepciones y exposición del caso presentado por virtud de
    prórroga indefinida concedida para ello al apelante.

Los hechos están expresados en la opinión.
Abogados de la apelante: *Sres. Martínez & Iriarte.*
Abogado del apelado: *Sr. José A. Poventud.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tri-
bunal.

La Corte de Distrito de Ponce resolvió el pleito seguido
por Carlos A. Rivera, como administrador judicial de los bie-
nes de la herencia de Rafael Cruz contra The North British
and Mercantile Insurance Company, en cobro de una póliza
de seguro contra incendio, en favor del demandante.   El 26
de julio de 1916 la parte demandada apeló, y solicitó además
una prórroga de veinte días contados a partir de la fecha en
que se le entregaran las notas taquigráficas, para presentar
la exposición del caso.   La corte le concedió la prórroga y
la parte demandada y apelante archivó la exposición el 9 de
agosto de 1916.

Así las cosas, la parte apelada pidió a la corte de distrito
el 18 de agosto de 1916 que anulara la orden por virtud de la
cual concedió la prórroga de que se ha hecho mérito, por ser

indefinida, y en su consecuencia, que se abstuviera de aprobar la exposición.   La corte oyó a ambas partes y el 25 de noviembre de 1916 anuló la orden de prórroga y se abstuvo de aprobar la exposición, basándose en la jurisprudencia establecida por esta Corte Suprema en el caso de *Belaval* v. *Córdova, Juez de Distrito et al.*, 21 D. P. R. 537.   La compañía demandada interpuso entonces la presente apelación contra la dicha orden de 25 de noviembre de 1916.

El 21 de diciembre de 1916 se archivó en la secretaría de esta Suprema Corte la transcripción de los autos.   El 30 de diciembre de 1916 se concedieron al apelante veinte días de prórroga para presentar su alegato.   El 22 de enero de 1917 se le concedieron diez días más.   Venció el término sin que se presentara el alegato y el 27 de febrero de 1917 la parte apelada presentó una moción solicitando la desestimación del recurso, entre otros motivos por no haberse presentado por el apelante su alegato y por ser frívola su apelación.

La vista de esa moción se celebró el 12 de marzo último. El apelado no compareció, pero archivó un alegato escrito en apoyo de sus pretenciones.   El apelante ni compareció ni archivó su alegato, ni ha hecho gestión alguna demostrativa de su interés en la prosecución del recurso.

Ya este tribunal ha decidido, entre otros en el caso de *Chavarría* v. *Purdy & Henderson, Inc.*, 22 D. P. R. 256, 258, que la falta de presentación de alegato por parte del apelante, es motivo suficiente para desestimar el recurso interpuesto por el mismo.

Pero hay más.   La apelación es en verdad enteramente frívola, ya que la única cuestión envuelta en la misma ha sido resuelta terminante y repetidamente por este tribunal en pro del criterio que informa la orden apelada.   En la citada decision de *Belaval* v. *Córdova*, 21 D. P. R. 537, esta Corte Suprema fijó con toda claridad, en general "que una corte de distrito no puede, en el ejercicio de su facultad discrecional, conceder una prórroga indefinida para que un apelante prepare el proyecto de exposición del caso," y en particular "que una

orden de una corte de distrito concediendo 'una prórroga de 30 días contados desde la fecha de la entrega del récord taquigráfico para presentar la exposición del caso' es nula por haber sido dictada en exceso de jurisdicción.'' Y esa doctrina ha sido ratificada luego por esta misma corte en los casos de *Guardian Assurance Co., Ltd.,* v. *López Acosta,* 24 D. P. R. 637, y *Rivera* v. *North British and Mercantile Insurance Co.,* 24 D. P. R. 653.

En tal virtud, por ser frívola la apelación y por no haber presentado el apelante su alegato, debe desestimarse el recurso con los demás pronunciamientos de ley.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado Wolf, Aldrey y Hutchison.